AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

__U S__  )
Plaintiff )
v. )  Case No. _____
__Luigi Mangione__ )
Defendant )
 )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

__Luigi Mangione__

Date: __12/19/24__

__Karen Agnifilo__
Attorney's signature

Printed name and bar number

__Agnifilo Intrater__
__945 Park Ave NY NY 10028__
Address

__kac@ajilawnyc.com__
E-mail address

__917 914 3361__
Telephone number

_____
FAX number