AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the

US _____ )
  Plaintiff             )
Luigi Mangione     v.  ) Case No.
  Defendant            )
                       )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Luigi Mangione

Date: 12/19/24

_____
Attorney's signature

Marc Agnifilo
Printed name and bar number
NY 2476182

Agnifilo Intrater LLP
445 Park Ave, NY NY 10022
Address

marc@agilawgroup.com
E-mail address

917.399.9742
Telephone number

_____
FAX number