UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– against –

LUIGI NICHOLAS MANGIONE,

            Defendant.

**ORDER**

24-mj-04375

Ramos, D.J.:

    Luigi Mangione filed a motion to preclude the Government from seeking the death penalty on April 11, 2025.  Doc. 16.  On April 14, 2025, the Government filed its response to the motion.  Doc. 18.  The Court directs Mangione to reply, if at all, by April 18, 2025.

    It is SO ORDERED.

Dated:    April 15, 2025
           New York, New York

                                                            EDGARDO RAMOS, U.S.D.J.