

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th floor*
*New York, New York 10278*

May 16, 2025

**VIA ECF**

Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      **Re:**    *United States v. Luigi Nicholas Mangione*, 25 Cr. 176 (MMG)

Dear Judge Garnett:

      Attached for the Court's review and consideration is a proposed protective order in the above-captioned matter. The parties have agreed to the terms of the protective order, which provide for the Government to produce materials under specific designations and allow the defendant to contest those designations before the Court.

                      Respectfully submitted,

                      AMANDA L. HOULE
                      Attorney for the United States Attorney
                      Acting Under Authority Conferred by
                      28 U.S.C. § 515

By:            /s/
           Dominic A. Gentile / Jun Xiang
           Alexandra Messiter / Thomas John Wright
           Assistant United States Attorneys
           (212) 637-2200

cc: Counsel of Record (Via ECF)